UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JANE BLAKELY,<br><br>                                    Plaintiff,<br><br>v.<br><br>ELUTIA, INC. F/K/A AZIYO<br>BIOLOGICS, INC., et al.,<br><br>                                    Defendants. | Case No.: 3:25-cv-02330-CAB-DEB<br><br>**ORDER GRANTING MOTION TO SEAL**<br><br>[Doc. No. 28] |

On February 23, 2026, Defendant Elutia Inc. f/k/a Aziyo Biologics, Inc. ("Elutia") filed a motion to seal Exhibit A to Elutia's forthcoming motion to compel arbitration. [Doc. No. 28.] On February 25, 2026, the Court received a copy of the exhibit that Elutia proposes to seal.

Courts generally apply a "compelling reasons" standard when considering motions to seal documents. *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010) (quoting *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006)). To overcome the strong presumption in favor of access, the party seeking to seal a judicial record attached to a dispositive motion must "articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process."

3:25-cv-02330-CAB-DEB

*Kamakana*, 447 F.3d at 1178–79 (internal citation and quotation marks omitted) (cleaned up).

Elutia's motion to seal states that Exhibit A is a highly confidential, proprietary business agreement between the Defendants in this case. [Doc. No. 28-1.] Elutia states that these documents contain trade secret information and redaction would not adequately protect confidential business information because nearly all the material within the agreement is confidential. [*Id.*]

Having reviewed Elutia's motion and Exhibit A, the Court finds that Elutia has met the "compelling reasons" standard to seal. The Court therefore **GRANTS** Elutia's motion to seal Exhibit A to Elutia's forthcoming motion to compel arbitration.

It is **SO ORDERED**.

Dated: February 26, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge